UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81141-CIV-DIMITROULEAS

LISADRO MANZANET GARCIA

    Plaintiff,
v.

CONSUMER CREDIT UNION,
ALLIED SOLUTIONS, SECURE
COLLATERAL MANAGEMENT LLC,
TRANSUNION LLC, EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SERVICES, LLC,
AGR RECOVERY SPECIALIST,
AGR RECOVERY SOUTHWEST, INC.,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE [DE 67]

THIS CAUSE is before the Court upon Defendants ARG Recovery Southwest Inc. and AGR Recovery Specialist's Motion to Quash Service of [DE 25] Plaintiff's Motion for Cease-and-Desist and Return the Seized Property Until Court Judgment Is Reached ("Motion for Cease-and-Desist") [DE 37], and the November 18, 2024 Report and Recommendation to District Judge, entered by Magistrate Judge Matthewman (the "Report") [DE 67]. The Court notes that no objections to the Report [DE 67] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 67] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the

1

Report [DE 67] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 67] is hereby **ADOPTED** and **APPROVED** as follows:

    a. The Motion to Quash [DE 25] is hereby **GRANTED;**

    b. The Motion for Cease-and-Desist [DE 37] is hereby **DENIED;**

2. Plaintiff shall properly perfect service on Defendants AGR Recovery Specialist and AGR Recovery Southwest, Inc. on or before **January 5, 2025**. Failure to do so will result in immediate dismissal of Defendants AGR Recovery Specialist and AGR Recovery Southwest, Inc. without prejudice.

3. The Clerk is **DIRECTED** to mail a copy of this Report and Recommendation to Plaintiff Lisadro Manzanet Garcia at 3839 Sierra Drive, Palm Springs, FL 33461.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of December 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record