UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81141-CIV-DIMITROULEAS

LISADRO MANZANET GARCIA

     Plaintiff,

vs.

CONSUMER CREDIT UNION,
ALLIED SOLUTIONS, SECURE
COLLATERAL MANAGEMENT LLC,
TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
AGR RECOVERY SPECIALIST,
and AGR RECOVERY SOUTHWEST INC.,

     Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Court's December 9, 2024 Omnibus Order Dismissing Complaint [DE 72]. The Court has carefully reviewed the record and is otherwise fully advised in the premises.

The Court's December 9, 2024 Order dismissed *pro se* Plaintiff's Lisadro Manzanet Garcia's ("Plaintiff")'s Complaint. *See id.* The Court granted Plaintiff leave to file an amended complaint, consistent with the Order, on or before December 23, 2024. *See id.* The Court warned that "a failure to do so shall result in the Court closing this case." *See id.* The deadline has passed, and Plaintiff did not file an amended complaint.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  This case is **DISMISSED WITHOUT PREJUIDCE.**

2. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** as moot any pending motions.

3. The Clerk shall mail a copy of this order to the Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of December, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Lisadro Manzanet Garcia,
3839 Sierra Drive
Palm Springs, FL 33461
PRO SE